WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
JAMES M. SCHURZ (CA SBN 145874)
JSchurz@mofo.com
KEVIN M. COLES (CA SBN 271518)
KColes@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA ANDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 14-03895 EJD<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND DEFENDANT'S TIME TO ANSWER THE FIRST AMENDED COMPLAINT** |

1    Plaintiff Barbara Anderson ("Plaintiff"), on behalf of herself and all others similarly situated, and Defendant The Hain Celestial Group, Inc. ("Hain" or "Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on November 11, 2014, Ms. Anderson filed her First Amended Complaint ("FAC") in this action;

WHEREAS, on January 12, 2015, Hain moved to the dismiss the FAC;

WHEREAS, on April 8, 2015, the Court granted in part and denied in part Hain's motion, and ordered Hain to answer the FAC within 15 days of its Order on April 23, 2015 (Dkt. No. 46);

WHEREAS, on April 8, 2015, the Court ordered the parties to submit a Joint Case Management Statement on May 14, 2015, and scheduled a Case Management Conference for May 21, 2015;

WHEREAS, on April 17, 2015, the Court granted the parties' joint stipulation to extend Hain's time to answer the FAC to May 28, 2015 (Dkt. No. 48);

WHEREAS, the parties were contemplating submitting a joint stipulation to stay the action pending the Ninth Circuit's decisions in *Jones v. ConAgra* and *Brazil v. Dole*;

WHEREAS, on May 12, 2015, the Court granted the parties' joint stipulation to continue the case management conference to June 25, 2015 and extend Hain's time to answer the FAC until July 2, 2015;

WHEREAS, despite their negotiations and a general agreement to stay this action pending the Ninth Circuit's decisions in *Jones v. ConAgra* and *Brazil v. Dole*, the parties were unable to agree to the precise terms and parameters of a stay;

WHEREAS, Hain now intends to file a motion to stay the action pending those decisions;

WHEREAS, Plaintiff intends to not oppose a stay but, instead, request that the Court establish reasonable terms and parameters of a stay, including as to matters that may be implicated or otherwise affected by a stay;

WHEREAS, the parties agree to continue the Case Management Conference and extend Hain's time to answer the FAC until after the Court rules on Hain's motion to stay the action.

THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that:

- The Case Management Conference is continued pending the Court's ruling on Hain's motion to stay the action. Should the motion be denied, the Court shall set a new date for the Case Management Conference and related deadline for submission of a Joint Case Management Statement.

- Hain's deadline to answer the FAC shall be extended accordingly.

Dated: June 17, 2015

WILLIAM L. STERN
JAMES M. SCHURZ
KEVIN M. COLES
MORRISON & FOERSTER LLP

By: /s/ *James M. Schurz*
      JAMES M. SCHURZ

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

Dated: June 17, 2015

CHANT YEDALIAN
CHANT & COMPANY
A Professional Law Corporation
1010 N. Central Ave.
Glendale, CA 91202
(877) 574-7100
chant@chant.mobi

By: /s/ *Chant Yedalian*
      CHANT YEDALIAN

Attorney for Plaintiff Anderson

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.
The Motion to Stay shall be noticed for September 24, 2015 at 9:00 AM

DATED: 6/18/2015

THE HONORABLE EDWARD J. DAVILA
United States District Court Judge

1

**ECF ATTESTATION**

2

I, Kevin M. Coles, am the ECF User whose ID and password are being used to file the

3

following: **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT**

4

**CONFERENCE AND EXTEND DEFENDANT'S TIME TO ANSWER THE FIRST**

5

**AMENDED COMPLAINT**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that

6

Chant Yedalian and James M. Schurz have concurred in this filing.

7

8

Dated:  June 17, 2015

WILLIAM L. STERN
JAMES M. SCHURZ
KEVIN M. COLES
MORRISON & FOERSTER LLP

9

10

11

By: /s/ *Kevin M. Coles*
       KEVIN M. COLES

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28